UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHAD SHEPPARD,

    Plaintiff,

v.                                 Case No: 8:22-cv-0006-KKM-CPT

RADIUS GLOBAL SOLUTIONS, LLC,

    Defendant.
_____

## ORDER

After Defendant Radius Global Solutions, LLC, removed this action from state court, the Court entered an Order (Doc. 5) striking Chad Sheppard's Complaint (Doc. 1-1) as a shotgun pleading. The Court directed Sheppard to file an amended complaint on or before January 12, 2022. Sheppard did not file a new complaint on or before January 12, and did not ask for an extension of time. Accordingly, the Court's prior Order has become a final judgment, meaning the Court has lost its power to "'grant any more extensions' of time to amend the complaint" and must dismiss the case without prejudice. *See Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 719–722 (11th Cir. 2020) (explaining that an "order dismissing a complaint with leave to amend within a specified time becomes a final judgment if the time allowed for amendment expires

without the plaintiff seeking an extension" (citing *Hertz Corp. v. Alamo Rent-A-Car, Inc.*, 16 F.3d 1126 (11th Cir. 1994))).

The Clerk is directed to **TERMINATE** any pending motions and deadlines, to **ENTER** judgment in accord with the final order (Doc. 5), and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on January 13, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge